**SUNEARTH, INC., a California corporation; The Solaray Corporation, a Hawaiian corporation, Plaintiffs–Appellants,**

v.

**SUN EARTH SOLAR POWER CO., LTD., FKA Ningbo Solar Electric Power Co., Ltd., a Chinese limited liability company; NBSolar USA Inc., a California corporation, Defendants–Appellees.**

---

SunEarth, Inc., a California corporation; The Solaray Corporation, a Hawaiian corporation, Plaintiffs–Appellants,

v.

Sun Earth Solar Power Co., Ltd., FKA Ningbo Solar Electric Power Co., Ltd., a Chinese limited liability company; NBSolar USA Inc., a California corporation, Defendants–Appellees.

No. 13–17622, No. 15–16096

United States Court of Appeals, Ninth Circuit.

Filed September 14, 2016

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel disposition shall not be cited as precedent by or to any court of the Ninth Circuit.